THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. NICHOLAS MURDACA, PLAINTIFF IN ERROR.

Argued December 5, 1905—Decided December 6, 1905.

On error to the Supreme Court.

For the plaintiff in error, *Charles C. Black.*

For the defendant in error, *William H. Speer,* prosecutor of the pleas.

PER CURIAM.

An examination of the assignments of error and the bills of exceptions and the causes filed for reversal, and the entire record before us, discloses no ground for reversal.

The judgment will therefore be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GRAY, DILL.   15.

*For reversal*—None.